[No. 29073-5-III.   Division Three.   June 9, 2011.]

KELLY JAMES PAULLUS ET AL., *Appellants*, v. JACOB DEPAUW
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 08-2-03154-2, David A. Elofson, J., entered May
6, 2010. *Reversed* by unpublished opinion per Brown, J.,
concurred in by Sweeney and Siddoway, JJ.

[No. 29093-0-III.   Division Three.   June 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAVIS, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 07-1-04704-3, Jerome J. Leveque, J.,
entered May 20, 2010. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 63776-2-I.   Division One.   June 13, 2011.]

JACK FLETCHER, *as Personal Representative, Appellant*, v.
THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 07-2-32823-8, William L. Downing, J., entered
June 9, 2009. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Cox and Schindler, JJ.

[No. 64431-9-I.   Division One.   June 13, 2011.]

*In the Matter of the Marriage of* SABRINA D. CLARK,
*Respondent*, and KEITH WAYNE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-3-04641-6, Kimberley Prochnau, J., entered
October 9, 2009. *Affirmed* by unpublished opinion per Lau,
J., concurred in by Leach, A.C.J., and Grosse, J.